NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

16-362 consolidated with 16-361

TIMOTHY BERNARD, SR., ET AL.

VERSUS

LAFAYETTE POLICE DEPARTMENT, ET AL.

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. C-20150951
HONORABLE DAVID MICHAEL SMITH, DISTRICT JUDGE

**********

ULYSSES GENE THIBODEAUX
CHIEF JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Jimmie C. Peters, and Billy Howard Ezell, Judges.

AFFIRMED.

Charles A. Mouton
Mahtook & Lafleur, LLC
P. O. Box 3089
Lafayette, LA 70502
Telephone:  (337) 266-2189
COUNSEL FOR:
    Defendant/Appellee - J. Alfred Mouton Realty

**F. Douglas Wimberly**
**Staci Knox Villemarette**
**Cloyd, Wimberly & Villemarette, LLC**
**P. O. Box 53951**
**Lafayette, LA 70505-3951**
**Telephone:  (337) 289-6906**
**COUNSEL FOR:**
   **Defendants/Appellees - Lafayette City-Parish Consolidated Government,**
   **Lafayette Utilities System, and Lafayette City Police Department**

**Jeff Landry**
**Attorney General**
**Laura L. Putnam**
**Assistant Attorney General**
**556 Jefferson Street – 4th Floor**
**Lafayette, LA 70501**
**Telephone:  (337) 262-1700**
**COUNSEL FOR:**
   **Defendant/Appellee - State of Louisiana, Department of Health and**
   **Hospitals**

**Thomas R. Temple, Jr.**
**Joseph J. Cefalu, III**
**Breazeale, Sachse & Wilson, LLP**
**P. O. Box 3197**
**Baton Rouge, LA 70821-3197**
**Telephone:  (225) 387-4000**
**COUNSEL FOR:**
   **Defendant/Appellee - Our Lady of Lourdes Regional Medical Center**

**Timothy Bernard, Sr.**
**In Proper Person**
**1224 Carmel Drive**
**Lafayette, LA 70501**
**Telephone:  (337) 781-0469**
      **Plaintiff/Appellant - Timothy Bernard, Sr.**

**Bionca Joseph**
**In Proper Person**
**220 Ena Street**
**Lafayette, LA 70501**
**Telephone:  (337) 524-4449**
      **Plaintiff/Appellee - Bionca Joseph**

**THIBODEAUX, Chief Judge.**

For the reasons discussed in the consolidated case of *Timothy Bernard, Sr., et al. v. Lafayette City Police Department, et al.* 16-361 (La.App. 3 Cir. __/__/16), ___ So.3d ___, the judgment of the trial court is affirmed. Costs of this appeal are assessed to the plaintiff, Timothy Bernard, Sr.

**AFFIRMED.**

THIS OPINION IS NOT DESIGNATED FOR PUBLICATION. RULE 2-16.3, UNIFORM RULES—COURTS OF APPEAL.